United States District Court
Southern District of Texas
**ENTERED**
May 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| ELIAS G. A., | § | |
| "Petitioner," | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00295 |
| | § | |
| WARDEN EL VALLE DETENTION FACILITY | § | |
| "Respondents," | § | |
| | § | |

## ORDER

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" ("Petition") (Dkt. No. 1) and "Report and Recommendation to Dismiss Habeas Petition Subject to Refiling" ("Report and Recommendation") (Dkt. No. 13).

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 13) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DISMISSED** for lack of jurisdiction without prejudice to refiling.

SIGNED this May 12, 2026

Rolando Olvera
United States District Judge

1 / 1